Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Placidius O'Silva, et al., )
) Case No: 3:15-cv-01360
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
Alibaba Group Holding Limited, et al., ) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )

I, /s/Phillip Kim, an active member in good standing of the bar of S.D.N.Y., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Christine Asia Co. Ltd., William Tai in the above-entitled action. My local co-counsel in this case is Laurence M. Rosen, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>The Rosen Law Firm<br>275 Madison Avenue, 34th Floor<br>New York, NY 10016 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>The Rosen Law Firm<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, CA 90071 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(212) 686-1060 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(213) 785-2610 |
| MY EMAIL ADDRESS OF RECORD:<br>pkim@rosenlegal.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>lrosen@rosenlegal.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: PK9384.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 05/19/15                                                           /s/Phillip Kim
                                                                              APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of /s/Phillip Kim is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/20/2015                                              [signature: Haywood S. Gill Jr.]
                                                                    UNITED STATES DISTRICT ~~/ MAGISTRATE~~ JUDGE

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>   **PHILLIP C. KIM**   </u>, Bar # <u> **PK9384** </u>

was duly admitted to practice in this Court on

<u> **JUNE 24th, 2003** </u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>New York, New York</u>  500 Pearl Street  on <u>**MAY 15th, 2015**</u>

<u> Ruby J. Krajick </u>  by <u>  [signature]  </u>
   Clerk          Deputy Clerk